IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD BUSH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCY HOSPITAL, et al. | : | NO. 14-5305 |

### ORDER

AND NOW, this 6th day of October, 2014, upon consideration of plaintiff's amended complaint (Document No. 4), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons discussed in the Court's memorandum. Plaintiff's federal claims are DISMISSED with prejudice. Plaintiff's state law claims are DISMISSED for lack of subject matter jurisdiction without prejudice to him refiling those claims in state court.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.